**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

TERRANCE JETER                                                                                    PLAINTIFF

v.                                            4:20CV00429-JM-JTK

BILL HIGGINS, et al.                                                                         DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 1st day of June, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE